UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CREDIT HUMAN FEDERAL CREDIT UNION** | : | **CASE NO. 2:22-CV-05702** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SHARON LEE FRUGE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation [doc. 7] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, noting the lack of written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Notice of Removal be **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the November 10, 2022 removal order [doc. 5] be stricken from the record.

**THUS DONE AND SIGNED** in Chambers on this 7th day of February, 2023.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**